IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC, | No. C 12-05602 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| ZORAN CORPORATION, | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 28, 2013.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

PRIVATE MEDIATION.  The parties agree to participate in mediation about 90 days following the issuance of a claim construction order.

2. INITIAL DISCLOSURES.  Initial disclosures shall be made by May 6, 2013.

3. DISCOVERY.  Discovery related to claim construction shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of

documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

   4.  DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

   5.  FURTHER SCHEDULING.  The dates proposed by the parties leading up to the *Markman* Hearing on pages 9-10 of their Joint Case Management are adopted as follows:

   A.  On or before May 28, 2013 Disclosure of Asserted Claims and Infringement Contentions, and accompanying documents in the form and with the content required by Patent L.R. 3-1 and 3-2 shall be served.

   B.  On or before July 12, 2013, Invalidity Contentions, and accompanying documents in the form and with the content required by Patent L.R. 3-3 and 3-4 shall be served.

   C.  On or before July 26, 2013, the parties are to exchange claim terms needing construction in the form and with the content required by Patent L.R. 4-1.

   D.  On or before August 7, 2013, all parties shall be joined and pleadings shall be complete, as required by Patent L.R. 16-10(b).

   E.  On or before August 19, 2013, the parties are to exchange proposed claim constructions and extrinsic evidence in the form and with the content required by Patent L.R. 4-2.

1       F.      On or before September 13, 2013, the parties are to file a Joint Claim
2  Construction and Prehearing Statement in the form and with the content required by Patent L.R.
3  4-3.
4       G.      On or before October 11, 2013, the parties are to complete claim construction
5  discovery in the manner set forth in Patent L.R. 4-4.
6       H.      On or before October 28, 2013, the Opening Claim Construction Brief shall be
7  filed pursuant to Patent L.R. 4-5(a).
8       I.      On or before November 15, 2013 the Responsive Claim Construction Brief shall
9  be filed pursuant to Patent L.R. 4-5(b).
10      J.      On or before November 22, 2013, the Reply Claim Construction Brief shall be
11 filed pursuant to Patent L.R. 4-5(c).
12      6.      TUTORIAL.  A tutorial for the *Markman* Hearing shall be held on **December 27,**
13 **2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate
14 Avenue, San Francisco, California.
15      7.      *MARKMAN* HEARING.  A *Markman* Claim Construction Hearing shall held on
16 **January 3, 2014 at 10 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden
17 Gate Avenue, San Francisco, California.  A further Case Management Conference will be
18 scheduled following this Hearing to set the remaining dates in this case.

        IT IS SO ORDERED.

DATED:  2/28/13

                                        _____
                                        RICHARD SEEBORG
                                        United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3