1  John Antoni  (SBN 163738)
2  N. C. Dylan Willoughby (SBN 242302)
   ANTONI ALBUS, LLP
3  11836 W. Pico Boulevard
   Los Angeles, CA 90064
4  Phone: 310-954-8020
   Facsimile: 310-954-8988
5  Email: antoni@aallp.net
   Email:  willoughby@aallp.net
6
7  Attorneys for Defendant
   Zoran Corporation
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12 | **INNOVUS PRIME LLC,** | Case No. 4:12-cv-05602-RS
13 |       Plaintiff,        | [PROPOSED] ORDER OF DISMISSAL
14 |       vs.               | Honorable Richard Seeborg
15 | **ZORAN CORPORATION**   |
16 |       **Defendant.**    |

        This matter came before the Court upon the Rule 41 Joint Motion to Dismiss filed by the parties.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

        ORDERED that all claims asserted by Plaintiff against Defendant in this action are hereby dismissed with prejudice.

Order of Dismissal / Case No.  4:12-cv-05602-RS                    -1-

It is further

ORDERED that Plaintiff on one hand, and Defendant on the other, shall each bear their own costs, expenses and legal fees in this case.

SIGNED this __12th__ day of __August_____, 2013

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Order of Dismissal / Case No. 4:12-cv-05602-RS          -2-