John Antoni  (SBN 163738)
N. C. Dylan Willoughby (SBN 242302)
ANTONI ALBUS, LLP
11836 W. Pico Boulevard
Los Angeles, CA 90064
Phone: 310-954-8020
Facsimile: 310-954-8988
Email: antoni@aallp.net
Email:  willoughby@aallp.net

Attorneys for Defendant
Zoran Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **INNOVUS PRIME LLC,** | Case No.  4:12-cv-05602-RS |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| vs. | Honorable Richard Seeborg |
| **ZORAN CORPORATION** | |
| **Defendant.** | |

    This matter came before the Court upon the Rule 41 Joint Motion to Dismiss filed by the parties.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

    ORDERED that all claims asserted by Plaintiff against Defendant in this action are hereby dismissed with prejudice.

Order of Dismissal / Case No.  4:12-cv-05602-RS           -1-

1
2   It is further

3   ORDERED that Plaintiff on one hand, and Defendant on the other, shall each bear their own costs, expenses and legal fees in this case.
4
5
6   SIGNED this ___12th___ day of ___August_____, 2013
7
8   _____
9   RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28